**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-7099**

MIGUEL JIMINEZ, a/k/a Miguel Jiminez Gomez,

       Petitioner - Appellant,

    v.

DOUGLAS M. VAUGHAN, Warden, Nottoway Correctional Center,
Commonwealth of Virginia,

       Respondent - Appellee.

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond.  M. Hannah Lauck, Magistrate
Judge.  (3:07-cv-00639-MHL)

Submitted:  July 15, 2009        Decided:  August 25, 2009

Before NIEMEYER, MICHAEL, and MOTZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

John E. Davidson, DAVIDSON & KITZMANN, PLC, Charlottesville,
Virginia, for Appellant.  Robert F. McDonnell, Attorney General
of Virginia, Benjamin H. Katz, Assistant Attorney General,
Richmond, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Miguel Jiminez seeks to appeal the magistrate judge's order[*] denying relief on his 28 U.S.C. § 2254 (2006) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the magistrate judge. Jiminez v. Vaughan, No. 3:07-cv-00639-MHL (E.D. Va. June 5, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] The parties consented to the jurisdiction of the magistrate judge. See 28 U.S.C. § 636(c) (2006).